# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVINA JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>CHARLES ALFRED DRIGGERS, JR. and ROYALANE TRUCKING LLC,<br><br>    Defendants | Case No.: 2:22-cv-01891-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendants Charles Driggers, Jr. and Royalane Trucking, LLC's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand this action for lack of subject matter jurisdiction.

DATED this 2nd day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE