# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEVINA JACKSON,

     Plaintiff

v.

CHARLES ALFRED DRIGGERS, JR. and
ROYALANE TRUCKING, LLC,

     Defendants

Case No.: 2:22-cv-01891-APG-BNW

**Order for Proposed Joint Pretrial Order**

The proposed joint pretrial order is overdue. *See* ECF No. 22.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by March 29, 2024. The failure to do so may result in sanctions, including dismissal of claims and defenses.

DATED this 8th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE