**SAO**
**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVINA JACKSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARLES ALFRED DRIGGERS, JR.; ROYALANE TRUCKING LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>  Defendants. | CASE NO.  2:22-cv-01891-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, DEVINA JACKSON, and Defendants, CHARLES ALFRED DRIGGERS, JR. and ROYALANE TRUCKING LLC, by and through their respective, undersigned counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that this action shall be dismissed in its entirety, with prejudice, all parties to bear their own attorneys' fees and costs.

. . .

. . .

. . .

IT IS SO STIPULATED.

| LADAH LAW FIRM | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| By: /s/ Ramzy P. Ladah, Esq.<br>RAMZY P. LADAH<br>Nevada Bar No. 11405<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | By: /s/ Christopher A. Elsee, Esq.<br>DARRELL D. DENNIS<br>Nevada Bar No. 6618<br>CHRISTOPHER A. ELSEE<br>Nevada Bar No. 13333<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendants* |

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS FURTHER HEREBY ORDERED** that the instant matter shall be dismissed in its entirety, with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 10, 2024

Respectfully Submitted by:

**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah, Esq.*
_____
RAMZY PAUL LADAH
Nevada Bar No. 11405
JOSEPH C. CHU
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

2